IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                              PLAINTIFF/RESPONDENT

v.                    CV NO. 2:13-cv-2044
                      CR NO. 2:11-cr-20043

JAMIE ACEVES-MARTINEZ                                      DEFENDANT/PETITIONER

O R D E R

Before the Court is the Defendant's Motion for Retention and Appointment of Counsel (ECF No. 105) filed August 9, 2013. On April 23, 2013 the Court entered a Report and Recommendation (ECF No. 103) that the Defendant's Motion to Vacate under 28 U.S.C.A. §2255 (ECF No. 95) and Motion to Supplement (ECF No. 101) be dismissed.

For the reasons stated in the Report and Recommendation previously filed the Defendant's Motion for Retention and Appointment of Counsel (ECF No. 105) is **DENIED.**

IT IS SO ORDERED this August 14, 2013.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge