IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                  Case No. 2:11-CR-20043

JAIME ACEVES-MARTINEZ                                      DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 103) from Chief United States Magistrate Judge James R. Marschewski. Also before the Court are Defendant's objections (Doc. 104).

The Court has reviewed this case and, being well and sufficiently advised, finds that Defendant's objections offer neither law nor fact requiring departure from the Report and Recommendation.

The Court finds that the Report and Recommendation (Doc. 103) is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendant's motion to vacate (Doc. 95) and motion to supplement (Doc. 101) are **DENIED**.

IT IS SO ORDERED this 13th day of September, 2013.

                                                   /s/ P. K. Holmes, III
                                                   P.K. HOLMES, III
                                                   CHIEF U.S. DISTRICT JUDGE